Jeanne A. BAUER, Appellant, v. F. Brooks HENSLEE et al.

No. 14066.

United States Court of Appeals
Eighth Circuit.

March 7, 1950.

Lee Cazort, Jr., Little Rock, Ark., for appellant.

A. F. House, Little Rock, Ark., and Palmer Danaher, Pine Bluff, Ark., for appellees.

PER CURIAM.

Appeal from District Court dismissed, on motion of appellant. 84 F.Supp. 811.

Jeanne A. BAUER, Appellant, v. J. E. TOWNSEND et al.

No. 14067.

United States Court of Appeals
Eighth Circuit.

March 7, 1950.

Lee Cazort Jr., Little Rock, Ark., for appellant.

J. W. Barron, Little Rock, Ark., and Robert A. Zebold, Pine Bluff, Ark., for appellees.

PER CURIAM.

Appeal from District Court dismissed, on motion of appellant. 84 F.Supp. 811.

Charles Taylor KOEN, Appellant, v. UNITED STATES of America.

No. 14127.

United States Court of Appeals
Eighth Circuit.

March 8, 1950.

Wilburt J. Chiapella, Memphis, Tenn., for appellant.

Drake Watson, United States Attorney, and Herbert H. Freer, Assistant United States Attorney, St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed, on motion of appellee. 87 F. Supp. 589.

SAMSON CRANE COMPANY, Plaintiff, Appellant, v. UNION NATIONAL SALES, Incorporated, et al., Defendants, Appellees.

No. 4474.

United States Court of Appeals
First Circuit.

April 10, 1950.

Before MAGRUDER, Chief Judge, and MARIS (by special assignment) and WOODBURY, Circuit Judges.

Charles M. Goldman, Boston, Mass. (Slater & Goldman, Boston, Mass., on brief), for appellant.

Henry E. Foley, Boston, Mass., for appellee Union National Sales, Inc.

Robert M. Segal, Boston, Mass., for appellees District Lodge 38 of International Ass'n of Machinists and Paul Tobias.

PER CURIAM.

The judgment of the District Court is affirmed on the memorandum opinion by Ford, D. J. 87 F.Supp. 218.